-41 So.2d 276

### Ex parte Harold TINGLEY.
### 6 Div. 881.

Supreme Court of Alabama.
May 19, 1949.

Rehearing Denied June 30, 1949.

H. L. Anderton, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Harold Tingley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ex parte Tingley, Ala.Sup., 41 So.2d 273.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.